# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV77

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　　Plaintiffs,<br><br>Vs.<br><br>PAMELA J. BRADLEY, a/k/a Pamela Jean Latta,<br><br>　　　　　Defendant. | **JUDGMENT AND PERMANENT INJUNCTION** |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' motion for default judgment is **ALLOWED**, and the Plaintiffs shall have and recover of the Defendant Pamela J. Bradley, a/k/a Pamela Jean Latta, statutory damages in the amount of **FIVE THOUSAND, TWO HUNDRED FIFTY DOLLARS ($5,250.00)**, and costs in the amount of **FOUR HUNDRED TWENTY DOLLARS ($420.00).**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Defendant Pamela J. Bradley, a/k/a Pamela Jean Latta, is hereby enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"Gone Going," on album "Monkey Business," by artist "Black Eyed Peas" (SR# 378-166);

"Move Along," on album "Move Along," by artist "The All-American Rejects" (SR# 374-412);

"Better Than Me," on album "Extreme Behavior," by artist "Hinder" (SR# 379-192);

"Train," on album "Train," by artist "Train" (SR# 298-334);

"Freak On a Leash," on album "Follow the Leader," by artist "Korn" (SR# 263-749);

"Beverly Hills," on album "Make Believe," by artist "Weezer" (SR# 376-565);

"Brass Monkey," on album "Licensed To Ill," by artist "Beastie Boys" (SR# 79-470);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs'

Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Signed: August 21, 2008

Lacy H. Thornburg
United States District Judge